UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-0041 |
| | : | |
| v. | : | |
| | : | |
| PEDRO PABLO RAMIREZ-MEJIA | : | |
| | : | |
| Defendant | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney S. Elisabeth Poteat, telephone number (202) 514-7067 and this is notice of her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

---

    S. Elisabeth Poteat
    Assistant United States Attorney
    Organized Crimes and Narcotics Section
    555 4th Street, NW   Room 4120
    Washington, DC 20530
    (202) 514-7067