UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | Criminal No. 07-041M |
| : | (Under Seal) |
| PEDRO PABLO RAMIREZ-MEJIA, : | |
| Defendant.   : | |

## GOVERNMENT'S MOTION FOR SEALING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion for a sealing of the entire record in the above-captioned matter to extend to the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal and any pleadings or proceedings relating to that request. In support of this motion, the government states as follows:

In the Joint Motion of the parties to continue the preliminary hearing in this matter the parties necessarily disclose that defendant is contemplating cooperation in that investigation and in the Affidavit in support of the Complaint the government necessarily makes some disclosures concerning the scope and direction of that investigation. Consequently, in order to insure Mr. Ramirez-Mejia's safety in his efforts to assist law enforcement in its investigation as well as maintain his ability to earn as much consideration at sentencing as contemplated in any plea agreement Mr. Ramirez-Mejia may enter into, it is important that the targets, their associates and the general public not learn of the investigation and its scope. Thus the sealing is necessary because

1

disclosure of the pleading and filings would not be in the public's interest in an appropriate resolution of the investigation or the public's interest in seeing that pursuant to due process Mr. Ramirez-Mejia has every opportunity to earn consideration in his sentencing.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the record in this matter would likely (1) compromise the planned investigation and the safety of the Mr. Ramirez-Mejia, law enforcement officials and innocent third parties involved in the enforcement action; (2) permit potential defendants in the conspiracy to escape; and (3) cause potential witnesses and targets to destroy documents and other evidence.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the entire record in the above-captioned matter to extend to the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal and any pleadings or proceedings relating to that request and a delay in the public docketing of the filing of these sealed pleadings and the accompanying Order until the completion of the investigation. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

**WHEREFORE**, it is respectfully requested that this motion be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

    _____
    WILLIAM J. O'MALLEY, JR.
    Assistant United States Attorney

*Certificate of Service*

      **I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Sealing and proposed Order to be served by mail, postage prepaid, upon counsel for defendant, David Bos, Esquire, Assistant Federal Public Defender, Suite 550, 625 Indiana Avenue, N.W., Washington, D.C. 20004; this 22nd day of February, 2007.

                                                                                              _____
                                                                                            WILLIAM J. O'MALLEY, JR.
                                                                                            Assistant United States Attorney
                                                                                            D.C. Bar No. 166-991
                                                                                            555 Fourth Street, N.W.
                                                                                            Washington, D.C. 20001
                                                                                            (202) 305-1749

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | Criminal No. 07-041M |
| : | (Under Seal) |
| PEDRO PABLO RAMIREZ-MEJIA, : | |
| Defendant.   : | |

# ORDER

Based on the representations in the government's motion to seal the entire record in the above captioned matter including the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

*Findings of Fact*

The Federal Bureau of Investigation and other federal law enforcement agencies are engaged in a criminal investigation in which Mr. Ramirez-Mejia can be of assistance.  In the Joint Motion of the parties to continue the preliminary hearing in this matter the parties necessarily disclose that defendant is contemplating cooperation in that investigation and in the Affidavit in support of the Complaint the government necessarily makes some disclosures concerning the scope and direction of that investigation.  If such information became public it could compromise the planned investigation and the safety of the Mr. Ramirez-Mejia, law enforcement officials and innocent third parties involved in the investigation; permit potential defendants in the conspiracy to escape; and cause potential witnesses and targets to destroy documents and other evidence.

The public docketing at this time of the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request, will likely substantially jeopardize the investigation and Mr. Ramirez-Mejia's ability to earn the consideration contemplated in any plea agreement with the United States record in the above captioned matter including the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal and place the personal safety of the defendant, law enforcement agents and officers involved in the coordinated simultaneous enforcement action, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request, any notice that the government has filed a motion to seal the Request and other pleadings and proceedings and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this \_\_\_\_ day of February, 2007, hereby

**ORDERED** that this Order, and the attached government motion to seal the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request shall be filed under seal in the Criminal Clerk's office until further order of this Court.  It is

**FURTHER ORDERED** that the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request shall be placed under seal by the Criminal Clerk's office until further order of this Court.  It is

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request until further order of this Court.  It is

**FURTHER ORDERED** that the seal upon the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or

proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request shall remain in place until further order of this Court or other Court of competent jurisdiction.

 

_____
ALAN KAY, Magistrate Judge
United States District Court
for the District of Columbia

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorney

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C.  20004