UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 07-041M |
| : | (Under Seal) |
| PEDRO PABLO RAMIREZ-MEJIA, : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and the defendant, Pedro Pablo Ramirez-Mejia, by his counsel, David Bos, Esquire, respectfully move the Court to continue the preliminary hearing in this matter currently scheduled for February 28, 2007. As grounds for this motion, the parties cite the following points and authorities.

On February 16, 2007 the defendant was before the Court upon a Complaint charging him with conspiracy to distribute and possess with intent to distribute more than five kilograms of cocaine of cocaine in violation of 21 United States Code, §§ 846, 841(a)(1) and 841(b)(1)(A)(ii). At that time the Court, upon motion of the parties, continued this matter to permit the parties to negotiate a possible disposition. Pursuant to 18 United States Code, § 3162(h)(8)(A), the Court determined that it was in the interests of justice to waive 12 days from the Speedy Trial Act (STA). Since that date the parties have met and those negotiations have commenced but because the defendant speaks only Spanish and is unfamiliar with our judicial system and laws, it has been a slow process, particularly given the complex concepts of conspiracy and conspiratorial liability.

For this reason the parties believe that if Mr. Ramirez-Mejia is to have a fair opportunity to determine if it is in his interests to enter into an early disposition of this matter and take advantage of the benefits of such a disposition, more time will be necessary to complete the negotiations.  The parties therefore jointly move to continue this matter for thirty days and believe that such a waiver is in the interests of justice. Based upon that believe and following the in-court inquiry of the defendant mandated by our Court of Appeals, pursuant to 18 United States Code, § 3162(h)(8)(A), we ask that the Court exclude thirty days from the STA computation upon a finding that such is in the interests of justice.

**WHEREFORE** the parties respectfully request that the Court continue the preliminary hearing in this matter to March 30, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney


_____
DAVIS BOS, Esquire
Attorney for Mr. Ramirez-Mejia

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing Joint Motion to Continue and proposed Order by mail, postage prepaid, upon counsel, for defendant David Bos, Esquire, Assistant Federal Public Defender, Suite 550, 625 Indiana Avenue, N.W., Washington, D.C. 20004; this 22nd day of February, 2007.

  _____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **Criminal No. 07-041M** |
| | : | **(Under Seal)** |
| PEDRO PABLO RAMIREZ-MEJIA, | : | |
| Defendant. | : | |

# ORDER

Upon the joint motion of the parties and for good cause shown, and after a consideration of the entire record in this matter, it is this _____ day of February, 2007,

**ORDERED** that the preliminary hearing in this matter currently scheduled for February 28, 2007 at 1:45 p.m., be, and hereby is, continued to March 30, 2007 at 1:45 p.m. It is

**FURTHER ORDERED** that pursuant to 18 United States Code, § 3162(h)(8)(A), upon the agreement of the parties thirty (30) days be excluded from the Speedy Trial Act computation, the Court having found that the ends of justice are better served by permitting the parties to consider an agreed disposition of this matter and the exclusion of such time for that purpose outweighs the interest of the defendant and the public in a speedy trial.

_____
ALAN KAY
United States Magistrate Judge

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorneys

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004