UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal No. 07-041M |
| | : | (Under Seal) |
| PEDRO PABLO RAMIREZ-MEJIA, | : | |
| Defendant. | : | |

**FILED**

FEB 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# ORDER

Based on the representations in the government's motion to seal the entire record in the above captioned matter including the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

*Findings of Fact*

The Federal Bureau of Investigation and other federal law enforcement agencies are engaged in a criminal investigation in which Mr. Ramirez-Mejia can be of assistance. In the Joint Motion of the parties to continue the preliminary hearing in this matter the parties necessarily disclose that defendant is contemplating cooperation in that investigation and in the Affidavit in support of the Complaint the government necessarily makes some disclosures concerning the scope and direction of that investigation. If such information became public it could compromise the planned investigation and the safety of the Mr. Ramirez-Mejia, law enforcement officials and innocent third parties involved in the investigation; permit potential defendants in the conspiracy to escape; and cause potential witnesses and targets to destroy documents and other evidence.

The public docketing at this time of the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request, will likely substantially jeopardize the investigation and Mr. Ramirez-Mejia's ability to earn the consideration contemplated in any plea agreement with the United States record in the above captioned matter including the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal and place the personal safety of the defendant, law enforcement agents and officers involved in the coordinated simultaneous enforcement action, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request, any notice that the government has filed a motion to seal the Request and other pleadings and proceedings and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 26th day of February, 2007, hereby

**ORDERED** that this Order, and the attached government motion to seal the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed

Order and any pleadings or proceedings relating to that request shall be filed under seal in the Criminal Clerk's office until further order of this Court. It is

**FURTHER ORDERED** that the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request shall be placed under seal by the Criminal Clerk's office until further order of this Court. It is

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request until further order of this Court. It is

**FURTHER ORDERED** that the seal upon the Complaint, the affidavit in support thereof, the joint motion of the parties for a continuance, its proposed Order, any pleadings or proceedings relating to that request, including the instant motion to seal, the proposed Order and any pleadings or proceedings relating to that request shall remain in place until further order of this Court or other Court of competent jurisdiction.

_____
ALAN KAY, Magistrate Judge
United States District Court
for the District of Columbia

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorney

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004