# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              :
                                       :
v.                                     :      **Criminal No. 07-041M**
                                       :      **(Under Seal)**
                                       :
PEDRO PABLO RAMIREZ-MEJIA,             :
                      **Defendant.**   :      **FILED**

## ORDER                                      MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the joint motion of the parties and for good cause shown, and after a consideration of

the entire record in this matter, it is this _____ day of March, 2007,

**ORDERED** that the preliminary hearing in this matter currently scheduled for March 30,

2007 at 1:45 p.m., be, and hereby is, continued to April 30, 2007 at 1:45 p.m.  It is

**FURTHER ORDERED** that pursuant to 18 United States Code, § 3162(h)(8)(A), upon the

agreement of the parties thirty-one (31) days be excluded from the Speedy Trial Act computation,

the Court having found that the ends of justice are better served by permitting the parties to consider

an agreed disposition of this matter and the exclusion of such time for that purpose outweighs the

interest of the defendant and the public in a speedy trial.

JOHN M. FACCIOLA
United States Magistrate Judge

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorneys

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004