\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*UNDER SEAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PEDRO PABLO RAMIREZ-MEJIA ) <br> ) <br> Defendant. ) | Crim No. 07-041 (DAR) |

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING

Defendant, Pedro Pablo Ramirez-Mejia, through undersigned counsel, respectfully moves this Court to continue the presently scheduled preliminary hearing until the week of May 21, 2007, to allow the parties to complete plea negotiations. As grounds for this motion, counsel states:

1. The Defendant's preliminary hearing in this case is scheduled for April 30, 2007 at 1:30.

2. The parties are in the process of attempting tp resolve this case via a plea agreement. The plea discussions however have not concluded. An additional three weeks will allow the parties to conclude plea discussions.

3. The Government, per Assistant United States Attorneys William O'Malley, joins in this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
David W. Bos

Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

**********************UNDER SEAL**********************

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 07-041-M (DAR) |
| PEDRO PABLO RAMIREZ-MEJIA, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

Upon consideration of defendant Ramirez-Mejia's joint motion to continue the preliminary hearing in this case, it is hereby

**ORDERED** that the motion is granted and the preliminary hearing in this case is continued to _____, 2007, at _____.

**SO ORDERED.**

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

_____
DATE

David W. Bos
Assistant Federal Public Defender

William O'Malley
Assistant United States Attorney