\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*UNDER SEAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 07-041-M (DAR) |
| | ) |
| PEDRO PABLO RAMIREZ-MEJIA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of defendant Ramirez-Mejia's joint motion to continue the preliminary hearing in this case, it is hereby

**ORDERED** that the motion is granted and the preliminary hearing in this case is continued to _June 1_, 2007, at _9:30 am_.

**SO ORDERED.**

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

_April 30, 2007_
DATE

David W. Bos
Assistant Federal Public Defender

William O'Malley
Assistant United States Attorney